## Commonwealth ex rel. Kuhn, Appellant, *v.* Russell.

Submitted March 15, 1965. *Joseph F. Kuhn,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Laughlin, Appellant, *v.* Russell.

Submitted March 15, 1965. *Jay F. Laughlin,* appellant, in propria persona; *Vincent C. Veldorale* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.